FILED
00 MAR 31 PM 4:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | } } } | |
| Plaintiff, | } } | |
| v. | } } | CASE NO. CV 96-B-3385-S |
| YALE SCIENTIFIC, INC., | } } | |
| Defendant. | } | |

ENTERED
APR - 3 2000

**ORDER**

In accordance with the Memorandum Opinion entered contemporaneously herewith,

**JUDGMENT** is hereby entered against the defendant as follows:

1. In favor of Jacqueline Lawless in the amount of $8,149.67 for back pay, plus interest at the legal rate of interest from March 3, 1993, until date of Judgment, $25,000.00 in compensatory damages and $25,000.00 in punitive damages, and

2. In favor of Sonja Hahn in the amount of $2,775.93 for back pay, plus interest at the legal rate of interest from March 3, 1993, until date of Judgment, $15,000.00 in compensatory damages and $25,000.00 in punitive damages, and

3. In favor of Tammy Ritch in the amount of $2,775.93 for back pay, plus interest at the legal rate of interest from March 3, 1993, until date of Judgment, $5,000.00 in compensatory damages and $25,000.00 in punitive damages.

This action is **DISMISSED WITH PREJUDICE**.

**DONE** this  31st  day of March, 2000.

Sharon Lovelace Blackburn
**SHARON LOVELACE BLACKBURN**
United States District Judge

22